UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| CAROL LASSITER-WILLIAMS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br>Plaintiff,<br><br>vs.<br><br>CAL-TEX PROTECTIVE COATINGS, INC., AND JOHN DOES 1-10.<br>Defendants. | CIVIL ACTION NO.<br><br>2:23-cv-03926-MEF-ESK |

## STIPULATION OF DISMISSAL

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the claims in the Complaint by Plaintiff, Carol-Lassiter Williams, individually be and are hereby dismissed with prejudice and without costs or counsel fees against any party, and further, that the class action claims in the Complaint be and are hereby dismissed without prejudice.

**Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.**

By: */s/ Mark J. Leavy*
Mark J. Leavy, Esquire
Attorney for Defendant,
Cal-Tex Protective Coatings, Inc.

**The DannLaw Firm, P.C.**

By: */s/ Andrew R. Wolf*
Andrew R. Wolf, Esquire
Attorney for Plaintiffs,
Carol Lassiter-Williams

**Law Office of David C. Ricci, LLC**

By: */s/ David C. Ricci, Esquire*
David C. Ricci, Esquire
Attorney for Plaintiffs,
Carol Lassiter-Williams

**SO ORDERED**.

_/s/ Michael E. Farbiarz_
Michael E. Farbiarz, U.S.D.J.
Date: 10/4/2023

{M0703213.1}